UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ANGELA COOK                                                                                           PLAINTIFF

V.                                                             CIVIL ACTION NO. 3:22-CV-643-DPJ-ASH

HINDS COUNTY, et al.                                                                           DEFENDANTS

ORDER

Plaintiff Angela Cook and Defendant the Mississippi Administrative Office of Courts have jointly filed an "Unopposed Motion to Dismiss Certain Claims Against Defendant Mississippi Administrative Office of Courts" [66] which requests dismissal with prejudice of counts two, three, and four of the second amended complaint [58] as regards AOC, which has not yet answered in this case. Construing the motion as brought by AOC and unopposed by Plaintiff, the Court grants the motion and dismisses with prejudice counts two, three, and four as brought against AOC.

**SO ORDERED AND ADJUDGED** this the 31st day of May, 2024.

                                                s/ *Daniel P. Jordan III*
                                              CHIEF UNITED STATES DISTRICT JUDGE